Peter Matic, plaintiff in error, v. Ilija Matic, defendant in error. Gen. No. 34,855.

Opinion filed June 26, 1931.

Henry L. Burman, for plaintiff in error; Louis Sevin, of counsel. Isidore Fried and Edward Horchler, for defendant in error; Bernard A. Stol, of counsel.

Mr. Justice Kerner delivered the opinion of the court.